**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHAN BREWINGTON,<br><br>　　　　　　　Plaintiff,<br><br>　　　– v. –<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No.: CV 13-7672-DMG (CWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed on July 24, 2015 [Doc. # 96],

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Stephan Brewington and against Defendant United States of America. Plaintiff Brewington is awarded $725,147.25 in future medical expenses, $632,536 in past and future lost earnings, and $250,000 in noneconomic damages.

DATED: August 13, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE