1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10  WESTERN DIVISION
11
12 Stephan Brewington,                    Case No.: CV 13-7672 DMG (CWx)
13                         Plaintiff,    **AMENDED JUDGMENT**
                                         [107]
14         – v. –
15 United States of America and Does 1–
   10, inclusive,
16                        Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the Court's Findings of Fact and Conclusions of Law, filed on July
2 24, 2015 [Doc. # 96], and the Court's Order Reducing Award for Benefits Received
3 Under 38 U.S.C. § 1151, filed on August 13, 2015 [Doc. # 100],
4    IT IS HEREBY ORDERED ADJUDGED, and DECREED that judgment is
5 entered in favor of Plaintiff Stephan Brewington and against Defendant United States
6 of America.  Plaintiff Brewington is awarded $725,147.25 in future medical expenses,
7 $632,536 in past and future lost earnings, and $250,000 in noneconomic damages, less
8 the $106,252.89 he received from the U.S. Department of Veterans Affairs under 38
9 U.S.C. § 1151, for a total of $1,501,430.36.
10   This amended judgment shall not alter the Court's ruling regarding the amount
11 of attorneys' fees awarded to Plaintiff's counsel [Doc. # 106].

DATED:  September 22, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1